M. DOYLE PENNINGTON, Appellant, v. WILLIAM F. ANO, Respondent.— Order

reversed, with ten dollars costs and disbursements, and motion denied, on the authority of *Page* v. *Herkimer Lumber Co.* (109 App. Div. 391). All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.